

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable O. P. Lockhart, Chairman
Board of Insurance Commissioners
Austin, Texas

Dear Sir:

Opinion No. O-4723
Re: Mutual insurance companies
operating on old line or
legal reserve basis -
Article 4757, V. A. C. S.

Your request for opinion has been received and
carefully considered by this department. We quote from
your request as follows:

"Re: Golden State Mutual Life
Insurance Co., Los
Angeles, California

"The Company above named has applied to
this Department for a certificate of authority
to do business in Texas under the provisions
of Article 4757 as a mutual life, health and
accident insurance company 'operating on the
old line or legal reserve basis.' So far as
we know, there is no statutory definition in
Texas of the term above quoted.

"The Company represents to us that it
was incorporated under the laws of California
in 1925 to do a life, health and accident
business upon the assessment basis - that is,
not upon the post mortem or assessment-as-
needed basis, but that its charter, by-laws
and California permit authorized, and that
its actual practice until the 1941 conver-
sion next mentioned was, that it charged
and collected level premiums, contracted

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable O. P. Lockhart, Page 2

for unalterable sums certain in benefits, and set up at all times the legal reserve on its policies as required by the statutes of California upon the basis of the America Experience Table of Mortality, with an assumed interest rate of 3½%, Illinois Standard, and that at no time were such reserves reduced by the percentages permitted such companies under the California laws; but that its policies issued prior to the 1941 conversion, and now still outstanding, all provided in substance that the Company might levy additional assessments upon the policyholders if needed to maintain certain standards of solvency. It is stated that no such assessments have ever been needed or made and that the probabilities are that no assessments will ever be needed.

"In 1941 the Company amended its charter and by-laws so as to provide that thenceforth it could operate as a legal reserve mutual company; but it is stated in the amended charter and by-laws that the amendments were effected by the Company without abandoning its right to operate under the other provisions of California law under which previously it had been incorporated, licensed and operating; and that further operations should be without changing or affecting in any way the old outstanding policies.

"It is stated that since the amendment all policies now issued, and to be issued in the future, are to be without assessment powers and upon the level premium, legal reserve basis, providing for unalterable sums certain in benefits.

Honorable O. P. Lockhart, Page 3

"We enclose herewith the certified copy of
charter as amended and by-laws as amended,
which we ask you to return to us with your
opinion as to whether under this plan of
operation this Company can lawfully be ad-
mitted to Texas as a mutual company 'operat-
ing on the old line or legal reserve basis'
under our Article 4757."

Article 4757, Vernon's Annotated Texas
Civil Statutes, reads as follows:

"No such foreign life insurance com-
pany, or life and accident, health and ac-
cident, or life, health and accident
insurance company, shall transact any
business of insurance in this State, unless
such company is possessed of at least one
hundred thousand dollars of actual paid up
cash money capital invested in such secu-
rities as provided under the laws of the
State, territory or country of its creation.
No mutual life insurance or accident insur-
ance company, or life and accident, health
and accident, or life, health and accident
insurance company operating on the old line
or legal reserve basis, shall transact any
business of insurance in this State, unless
such company is possessed of at least one
hundred thousand dollars of net surplus
assets invested in securities provided for
under the laws of the State, territory or
country of its creation."

After a careful examination of the
charter and by-laws submitted us by you with
reference to the above named company it is our

Honorable O. P. Lockhart, Page 4

opinion that such company can be lawfully admitted to Texas as a mutual company operating on the old line or legal reserve basis under Article 4757, V. A. C. S., if it possesses the net surplus required by Article 4757, and is not otherwise disqualified.

We are returning herewith the instruments you sent us with reference to this matter.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By    *Wm. J. Fanning*

Wm. J. Fanning
Assistant

WmJF:MHR

APPROVED JUL 31, 1942

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN